Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

**IT IS SO ORDERED**
Judge James Ware
2/2/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUST ADD CHIPS LLC, a Pennsylvania Limited Liability Company, and GEORGE HARITOS, an individual,<br><br>Defendants. | **CASE NO. CV-10:109 JW (PVT)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Zynga Game Network, Inc.
2 | hereby voluntarily dismisses without prejudice its claims against Defendants Just Add Chips LLC
3 | and George Haritos ("Defendants").  Neither Defendant has filed an answer or a motion for
4 | summary judgment in this matter.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 28, 2010

By: _____/ctv/_____
Christopher T. Varas
Keats McFarland & Wilson LLP
Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.