Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

*IT IS SO ORDERED*
*Judge James Ware*
2/2/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>JUST ADD CHIPS LLC, a Pennsylvania Limited Liability Company, and GEORGE HARITOS, an individual,<br><br>                    Defendants. | **CASE NO.  CV-10:109 JW (PVT)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Zynga Game Network, Inc. hereby voluntarily dismisses without prejudice its claims against Defendants Just Add Chips LLC and George Haritos ("Defendants").  Neither Defendant has filed an answer or a motion for summary judgment in this matter.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  January 28, 2010

By:_____/ctv/_____
Christopher T. Varas
Keats McFarland & Wilson LLP
Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.